■ In the Matter of WILLIAM F. ENGLERT, Respondent, v STATE UNIVERSITY OF NEW YORK, Appellant. — Judgment unanimously reversed, without costs, and petition dismissed (see *Matter of Plummer v Klepak,* 48 NY2d 486; *Matter of Lehnhoff v Nathan,* 48 NY2d 990). (Appeal from judgment of Erie Supreme Court — art 78.) Present — Dillon, P.J., Simons, Hancock, Jr., Callahan and Moule, JJ.

■ THERESA C. DOMIN, Respondent, v JAMES R. WALTERS, Appellant. — Judgment unanimously affirmed, with costs. Memorandum: We find ample proof in the record to support the findings of the referee adopted by the court to settle a boundary line dispute to a strip of land between the respective farms of the parties. The record indicates that the parties and their predecessors treated the fence line and hedgerow as the east-west boundary between the lots until the present dispute. There is no evidence that the parties treated this as other than the boundary line until 1968 when this dispute arose. A practical location of a boundary line acquiesced in for a long series of years will not be disturbed *(Baldwin v Brown,* 16 NY 359, 362; *Reed v Farr,* 35 NY 113, 116-117; *Sherman v Kane,* 86 NY 57, 73-74; see, also, *Allen Cross,* 64 AD2d 288, 292). (Appeals from judgment of Erie Supreme Court — RPAPL, art 15.) Present — Dillon, P.J., Simons, Hancock, Jr., Callahan and Moule, JJ.